# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Maurice D. Madison<br>    *Debtor* | CHAPTER 13<br><br>BKY. NO. 17-11098 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Select Portfolio Servicing, Inc. as Servicer for U.S. Bank National Association, as trustee, on behalf of the holders of the Credit Suisse First Boston Mortgage Securities Corp. Home Equity Pass Through Certificates, Series, 2006-8, and index same on the master mailing list.

                                              Respectfully submitted,

                                              **/s/ Matteo S. Weiner, Esquire**
                                              Matteo S. Weiner, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 627-1322 FAX (215) 627-7734