## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|     MAURICE D. MADISON | : |
| | : |
|              Debtor | : BANKRUPTCY NO. 17-11098MDC |

## **PRAECIPE**

Kindly re-list the above-captioned Chapter 13 Bankruptcy case for a hearing on trustee's motion to dismiss until July 20, 2017 at 9:30 A.M. before the Hon. Magdeline D. Coleman.

Respectfully submitted,

Date: May 31, 2017      /s/ Jacqueline M. Chandler for
_____

William C. Miller, Esquire
Chapter 13 Sanding Trustee
P.O. Box 1299
Philadelphia, PA 19105