United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-11098-mdc
Maurice D. Madison                                              Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: JEGilmore           Page 1 of 1            Date Rcvd: Nov 14, 2017
                             Form ID: pdf900           Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
```
db             +Maurice D. Madison,    1112 Church Road,    Springfield, PA 19064-3961
13867828       +Charlotte madison,     1112 Church Road,    Springfield, Pennsylvania 19064-3961
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Nov 15 2017 02:09:18     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2017 02:09:15    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
13872587        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2017 02:15:44
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,   PO Box 248848,
                Oklahoma City, OK  73124-8848
13982683        E-mail/Text: bankruptcy@phila.gov Nov 15 2017 02:09:18     City of Philadelphia,
                Law Department Tax Unit,    Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA 19102-1595
13937343       +E-mail/Text: bankruptcy@cavps.com Nov 15 2017 02:09:12     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13867829        E-mail/Text: cio.bncmail@irs.gov Nov 15 2017 02:08:45     Department of the Treasury,
                Internal Revenue Service, POB  21126,    Philadelphia, Pennsylvania 19114
13922834        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2017 02:05:01
                LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13870984        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2017 02:08:50
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
13867830       +E-mail/Text: jennifer.chacon@spservicing.com Nov 15 2017 02:09:39
                SELECT PORTFOLIO SERVICING,    POB 65250, 3815 S WEST TEMPLE, SUITE 000,
                SALT LAKE CITY, Utah 84115-4412
13940555        E-mail/Text: jennifer.chacon@spservicing.com Nov 15 2017 02:09:39
                Select Portfolio Servicing, Inc.,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2017 at the address(es) listed below:
```
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JIM  PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, as trustee, on
               behalf of the holders of the Credit Suisse First Boston Mortgage Securities Corp. Home Equity
               Pass Through Certificates, Series, 2006-8 bkgroup@kmllawgroup.com
              MICHAEL P. KUTZER    on behalf of Debtor Maurice D. Madison mpkutzer1@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAURICE D. MADISON            Chapter 13

           Debtor            Bankruptcy No. 17-11098-MDC

## Order Dismissing Chapter 13 Case and
## Directing Counsel to File Master Mailing List

AND NOW, this _9th_ day of _November_, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

_Magdeline D. Coleman_
Magdeline D. Coleman
U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
MICHAEL KUTZER
1420 WALNUT STREET
SUITE 1188
PHILADELPHIA, PA 19102-3604

Debtor:
MAURICE D. MADISON

1112 Church Road

Springfield, PA 19064