# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Maurice D. Madison, | : | |
| Debtor. | : | Bankruptcy No. 17-11098-MDC |

# O R D E R

**AND NOW**, it is **ORDERED** that the *Order Confirming the Chapter 13 Plan* erroneously entered by the clerks' office November 9, 2017, is **VACATED**.

The above captioned bankruptcy case was dismissed by Order dated November 9, 2017, granting the Chapter 13 Trustee's Motion to Dismiss.

Dated: August 9, 2018

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Michael P. Kutzer, Esquire
1420 Walnut Street, Suite 1216
Philadelphia, PA 19102-4012

Jacqueline M. Chandler, Esquire
Office of the Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107